# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 04, 2020**

SEAN F. McAVOY, CLERK

CONTINENTAL WESTERN INSURANCE COMPANY,
an Iowa corporation,

*Plaintiff*

v.

AMPLICON EXPRESS INC., a Washington corporation,

*Defendant*

Civil Action No. 2:19-cv-00341-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff Continental Western Insurance Company's Motion for Summary Judgment (ECF No. 17) is GRANTED. DEFAULT JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on a motion for Summary Judgment (ECF No. 17)

Date: 08/04/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates